1  OWEN, WICKERSHAM & ERICKSON, P.C.
   LAWRENCE G. TOWNSEND CBN 88184
2  EMILY K. POOLE CBN 301857
   455 Market Street, Suite 1910
3  San Francisco, California 94105
   Telephone: 415.882.3200
4  Facsimile: 415.882.3232
   Email: ltownsend@owe.com
5  Email: epoole@owe.com

6  *Attorneys for Plaintiff*
   Tecnologias Avanzadas RD, SRL
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | TECNOLOGIAS AVANZADAS RD, SRL,      | Case No. 3:16 cv 01811 MEJ
   | a Dominical Republic Limited Liability|
13 | Company,                             | **SUBSTITUTION OF ATTORNEYS AND
   |                                      | ORDER THEREON**
14 |             Plaintiff,               |
   |                                      |
15 |        vs.                           |
   |                                      |
16 | JOAN MARTINEZ, an individual; and DOES|
   | 1 through 50,                        |
17 |                                      |
   |             Defendant.               |
18

19         Plaintiff Tecnologias Avanzadas RD, SRL, by and through their attorneys, hereby

20 substitute attorneys Lawrence G. Townsend and Emily Poole and the law firm of Owen,

21 Wickersham & Erickson, P.C., whose address is 455 Market Street, Suite 1910, San Francisco,

22 California, 94105, in place and instead of Michael Indrajana and the Law Office of Michael

23 Indrajana as attorneys for said Plaintiff.

24 ///

25 ///

26 ///

27 ///

28

|   |   |
|---|---|
| Plaintiff accepts such substitution. | |
| | TECNOLOGIAS AVANZADAS RD, SRL |
| Dated: 4/29/2016 | By _____ <br> Title: Vice President |
| Consented: | LAW OFFICE OF MICHAEL INDRAJANA |
| Dated: 05/02/2016 | By _____ <br> Michael Indrajana |
| Acceped: | OWEN, WICKERSHAM & ERICKSON, P.C. |
| Dated: 5/2/2016 | By _____ <br> Lawrence G. Townsend |

IT IS SO ORDERED.

Dated: May 2, 2016

_____
Judge Maria-Elena James
United States District Court
Northern District of California

S:\1Clients\TECNO\7000\Substitution of Attorneys.doc

SUBSTITUTION OF ATTORNEYS AND ORDER THEREON                                 2