| | |
|---|---|
| 1 | OWEN, WICKERSHAM & ERICKSON, P.C. |
| | LAWRENCE G. TOWNSEND CBN 88184 |
| 2 | EMILY K. POOLE CBN 301857 |
| | 455 Market Street, Suite 1910 |
| 3 | San Francisco, California 94105 |
| | Telephone: 415.882.3200 |
| 4 | Facsimile:  415.882.3232 |
| | Email:  ltownsend@owe.com |
| 5 | Email: epoole@owe.com |

*Attorneys for Plaintiff*
Tecnologias Avanzadas RD, SRL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECNOLOGIAS AVANZADAS RD, SRL, a Dominican Republic Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> JOAN MARTINEZ, an individual; and DOES 1 through 50, <br><br> Defendant. | Case No.  3:16 cv 01811 MEJ <br><br> **STIPULATED ORDER FOR PERMANENT INJUNCTION** |

It is hereby stipulated by and between counsel for Plaintiff TECNOLOGIAS AVANZADAS RD, SRL, and Defendant JOAN MARTINEZ, that a permanent injunction shall be entered against Defendant JOAN MARTINEZ based on the following:

A. This Action was filed on April 4, 2016, and a First Amended Complaint was filed on May 9, 2016.

B. Defendant Joan Martinez was served with the First Amended Complaint on or about June 15, 2016.

C. The parties have entered into a "Confidential Settlement Agreement," resolving the dispute described in the First Amended Complaint and, concurrently with said Agreement, desire to enter into this Stipulated Order for Permanent Injunction.

D.  By his signature below, Defendant Joan Martinez voluntarily consents, in accordance with the provisions of 28 U.S.C. § 636(c), to have the assigned United States magistrate judge conduct any and all proceedings in this case, including entering the Order of Permanent Injunction.

NOW, THEREFORE, the Parties stipulate to the Order of Permanent Injunction set forth below.

OWEN, WICKERSHAM & ERICKSON, P.C.

Date:  October 18, 2016    By:  /s/ Lawrence G. Townsend
Lawrence G. Townsend
Emily K. Poole
Attorneys for Plaintiff
Tecnologias Avanzadas RD, SRL

Date:  October 12, 2016    /s/ Joan Martinez
Joan Martinez, Defendant

### ORDER OF PERMANENT INJUNCTION

1.  Upon agreement of the parties as set forth above, IT IS HEREBY ORDERED that Defendant Joan Martinez, his officers, agents, servants, employees, and all persons in active concert or participation with him, are hereby enjoined from reproducing, displaying or performing, in whole or in part—whether on YouTube, Defendant's website or elsewhere— the videos "Entrevista con Diomary" and "Entrevista a Francisca Lachapel" whose copyright is owned by Plaintiff and which are the subject of the copyright infringement claim in the First Amended Complaint on file herein.

///

///

///

2. Except for such matters which are the subject of and are merged into this Order of Permanent Injunction, Plaintiff's First Amended Complaint shall be and hereby is dismissed with prejudice.

Date: October 19, 2016

_____
Maria-Elena James
U.S. Magistrate Judge

S:\1Clients\TECNO\70001\Stipulated Order-Permanent Injunction.doc

Stipulated Order For Permanent Injunction . Case No. 3:16 cv 01811 MEJ 3